UNITED STATES of America, Plaintiff—Appellee,

v.

Larry Cornell DIAMOND, Jr., Defendant—Appellant.

No. 05–50159.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 6, 2006.

Filed April 24, 2006.

Becky S. Walker, Esq., Mark A. Young, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Shannon P. Ryan, Esq., Asst U.S. Attorney, Narcotics Section, Los Angeles, CA, for Plaintiff—Appellee.

James H. Locklin, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant—Appellant.

Before: PREGERSON and LEAVY, Circuit Judges, and BEISTLINE,* District Judge.

---

* The Honorable Ralph R. Beistline, United States District Judge for the District of Alas-

## ORDER [**]

The district court did not plainly err and is **AFFIRMED**.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.